UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :

                 Plaintiff,  :

   -against-  :

BINGQIN YANG, *et al.*,  :

                Defendant  :

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/20
```

**ORDER**

18 CR 799 (KMW)

KIMBA M. WOOD, U.S.D.J.

Upon application of the Defendant, Bingqin Yang, and on consent of the Government, the Defendant's application for bail pursuant to 18 U.S.C. § 3142(c) is GRANTED. The Clerk of Court is directed to prepare a personal recognizance bond with the following conditions of release:

1. A personal recognizance bond in the amount of $150,000.00, to be signed by the defendant and two financially responsible persons;

2. Home confinement at 3142 Bowne St., Apt. 3G, Flushing, NY with electronic monitoring;

3. Pretrial supervision as directed;

4. Travel limited to Southern and Eastern Districts of New York, and any travel only permitted with prior notice to and approval by Pretrial Services;

5. Surrender all passports and other travel documents, and make no application for replacement documents;

6. Mr. Yang shall self-quarantine at home for fourteen days after release;

7. Mr. Yang shall be released directly from the Metropolitan Correctional Center upon entry of this order and shall sign the bond remotely;

8. Mr. Yang shall not commit a federal, state or local crime during release;

9. Remaining conditions to be satisfied by May 29, 2020.

SO ORDERED.

Dated: New York, New York
May 26, 2020

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK