UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,

                -against-

BINGQIN YANG

                             Defendant.
------------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/21

18 CR 799 (KMW)

SENTENCING
SCHEDULING ORDER

KIMBA M. WOOD, District Judge

      The Defendant is scheduled to be sentenced on February 17, 2022 at 12:00 p.m.

      The Presentence Investigation Report is due to the Court on January 27, 2022.

      Any sentencing submissions by Defendant must be made by February 3, 2022, and must state specifically whether Defendant contests any fact in the Presentence Report, and whether Defendant contests the appropriateness of the Probation Officer's Sentencing Recommendation.

      All counsel must review the Court's Individual Rules before submitting sentencing memoranda. Probation should contact Chambers if they experience difficulty scheduling the presentence interview or if the PSR will not be completed in a timely fashion.

      Any response or other submission from the Government is due February 10, 2022.

SO ORDERED

Dated: New York, New York
       October 19, 2021

                                                  KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE