UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/21

-----------------------------------------------------------------------X

UNITED STATES OF AMERICA

    - v. -

BINGQIN YANG,

          Defendant.

-----------------------------------------------------------------------X

ORDER

S7 18 Cr. 799 (KMW)

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a

United States Magistrate Judge on August 11, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the

District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant

entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty

plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: _**11 - 4 -21**___
      New York, New York

                             _Kimba m. Wood_____

                             HONORABLE KIMBA M. WOOD
                             UNITED STATES DISTRICT JUDGE