UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against

BINGQIN YANG,

                        Defendant.
--------------------------------------------------------------------x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 1/10/22

**ORDER**
18 CR 799 (KMW)

KIMBA M. WOOD, District Judge:

    Due to a conflict with the Court's calendar, the sentencing scheduled for February 17, 2022, is moved to Wednesday, February 16, 2022, at 11:00 a.m.

    SO ORDERED.

Dated: New York, New York
       January 10, 2022

                                    _Kimba M. Wood_
                                     KIMBA M. WOOD
                       UNITED STATES DISTRICT JUDGE